PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA and LANCE ANDERSON,<br><br>                        Plaintiffs,<br><br>         vs.<br><br>US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST; JPMORGAN CHASE BANK, N.A.; Does 1-10 inclusive,<br><br>                        Defendants. | Case No. C-13-0636-PSG<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On March 15, 2013, I served the foregoing documents described as

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<u>Plaintiffs in Pro Se</u>
Kendra and Lance Anderson
2326 Antonelli Court
Santa Cruz, CA  95062
Email:  santacruzlance@gmail.com

☒ BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☐ I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on March 15, 2013 at San Francisco, California.

/S/ DENISE BRASHER
DENISE L. BRASHER