PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants US BANK, N.A. and JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| KENDRA and LANCE ANDERSON,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST; JPMORGAN CHASE BANK, N.A.; Does 1-10 inclusive,<br><br>                    Defendants. | Case No. C-13-0636-PSG<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**<br><br>[F.R.C.P. 7.1 AND LOCAL RULE 3-16] |

**TO THIS HONORABLE COURT OF RECORD:**

The undersigned, counsel of record for Defendants US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST ("U.S. Bank") and JPMORGAN CHASE BANK. N.A. ("Chase") (collectively, "Defendants") hereby submit this disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16:

- 1 -

1. Defendant JPMORGAN CHASE BANK, N.A., is a wholly-owned subsidiary of JP Morgan Chase & Co., which is a publicly traded corporation. No publically held corporation owns ten percent (10%) or more of JP Morgan Chase & Co.'s stock.

2. Defendant U.S. Bank, N.A., a wholly-owned subsidiary of U.S. Bancorp.

Defendants acknowledges their continuing obligation to file an amended Certificate upon discovery of any additional relevant information.

DATED: April 15, 2013

/s/ Jessica Luhrs
PHILIP A. MCLEOD
JESSICA LUHRS
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
US BANK N.A. and JPMORGAN CHASE BANK N.A.