# EXHIBIT A

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514  email: ramers@ix.netcom.com

---

### PROPERTY SECURITIZATION REPORT
"This is a Securitization Analysis Report and not a Forensic Audit Report"

*Prepared for the property owned by:*

# KENDRA ANDERSON AND LANCE ANDERSON

*And located at:*
## 2326 Antonelli Court
## Santa Cruz, CA 95062

*Prepared on:*

*October 25, 2013*

*Prepared by:*

*Robert Ramers*

---

Disclosure: You have retained Robert K. Ramers to examine your real estate documents. This information is not to be construed as legal advice or the practice of law pursuant to Business and Professions Code §6125 et seq. It is my intent not to engage in activities that could be considered the practice of law by conduct exhibiting any of the following practices: "*the doing and/or performing of service in a court of justice in any matter depending therein throughout the various stages and in conformity with the adopted rules of procedure. It includes legal advice and counsel and the preparation of legal instruments and contacts by which the legal rights are secured although such matter may or may not be depending in a court.*"

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514 email: ramers@ix.netcom.com

## TABLE OF CONTENTS

SUMMARY OF ISSUES ..................................................................................................3

SECTION 1: TRANSACTION DETAILS ..................................................................5

SECTION 2: SECURITIZATION PARTICIPANTS: ..................................................6

SECTION 3: LEVEL 3 ANALYSIS ............................................................................7

SECTION 4: FORECLOSURE ..................................................................................17

SECTION 5: SIGNATURE ANALYSIS ....................................................................19

SECTION 6: REPORT SUMMARY ..........................................................................20

SECTION 7: SUMMARY AND CONCLUSION ......................................................23

EXHIBIT 1: EXCERPTS FROM THE DEED OF TRUST .......................................31

EXHIBIT 2: EXCERPTS FROM THE PROSPECTUS SUPPLEMENT ..................32

EXHIBIT 3: EXCERPTS FROM THE POOLING AND SERVICING AGREEMENT ......35

EXHIBIT 4: SARBANES – OXLEY CERTIFICATION ..........................................38

EXHIBIT 5: VOLUNTARY LIEN REPORT AND PUBLIC RECORDS .................39

EXHIBIT 6: ASSIGNMENT OF MORTGAGE ........................................................42

EXHIBIT 7: SUBSTITUTION OF TRUSTEE ..........................................................43

EXHIBIT 8: USEFUL LEGAL REFERENCES ........................................................45

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
**Tel: 415-730-4514 email: ramers@ix.netcom.com**

## SUMMARY OF ISSUES

### Loan was not in default
Servicer required by Pooling and Servicing agreement to advance any payments not made by borrower to the trust that owns the loan. The loan was never in default and the true lender (the trust) nor the servicer had the right to invoke the power of sale.

### Failed securitization
The deed of trust shows no recorded transfer to any of the parties in the securitization. The true holder of the note with the right to foreclose is unknown. The transfer of the note and deed of trust directly to the trustee of the trust is invalid – made after the closing date, made with a non-performing asset, made to the wrong party,

### Late substitution of trustee
The foreclosing trustee was not substituted as trustee prior to filing the notice of default, and had no standing to file this document,

### Conflict of interest by loan servicer; securitization damaged borrower by restricting modification
The loan servicer can only be reimbursed for advances made to the trust through liquidation or insurance proceeds from foreclosure and has a financial incentive to foreclose rather than modify a loan.

The loan servicer must make up any shortfall from a modification and pay it to the trust from their own funds, and therefore have no incentive to offer a modification despite promises to the contrary.

The tax free status of the trust (REMIC) restricts the type of modification that can be made. Borrower was not a party to this when he entered into the transaction.

### Multiple parties have the apparent right to foreclose
Due to an invalid assignment and transfers of the note, more than one party can allege the right to foreclose on the property at the same time.

### The trust that is receiving payments cannot now obtain ownership of the note
The representations in the trust agreement and the IRS code prohibit the trust from receiving assets after the closing date of the trust. The note and the deed of trust have not been endorsed to the trust as of the closing date and cannot now be put into the trust. Also, a non-performing loan cannot be put into the trust.

### Criminal violation of Sarbanes-Oxley Act
Apparently false certifications were filed with the SEC by the parties to the securitization. They certified that the loan was an asset of the trust as of the closing date yet the evidence indicates that they attempted to transfer the loan to the trust years after the closing date.

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
**Tel: 415-730-4514  email: ramers@ix.netcom.com**

### Borrower was not a party to the real transaction that took place

The party on the original note and deed of trust was not the actual party who provided the funds for the loan. The note may be void, or at least unsecured, because the party identified as the lender was not the lender at all, and the terms of the note and deed of trust were modified outside of these documents by the trust agreements.

### The attempt by the servicer to foreclose instead of modifying the loan violates Civil Code 2923.6

The servicer is required to maximize the net present value of the asset, and if the net present value from a modification exceeds the net present value from a foreclosure, the servicer is obligated to offer the modification.

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514  email: ramers@ix.netcom.com

## SECTION 1: TRANSACTION DETAILS

### BORROWER & CO-BORROWER:

| BORROWER | CO-BORROWER |
|---|---|
| KENDRA ANDERSON | LANCE ANDERSON |
| **CURRENT ADDRESS** | **SUBJECT ADDRESS** |
| 2326 ANTONELLI COURT SANTA CRUZ, CA 95062 | 2326 ANTONELLI COURT SANTA CRUZ, CA 95062 |

### FIRST MORTGAGE TRANSACTION PARTICIPANTS

| MORTGAGE BROKER | MORTGAGE SERVICER | MORTGAGE NOMINEE/BENEFICIARY |
|---|---|---|
| NA | JP MORGAN CHASE | WASHINGTON MUTUAL BANK NA |
| **ORIGINAL MORTGAGE LENDER** | **MORTGAGE TRUSTEE** | **TITLE COMPANY** |
| WASHINGTON MUTUAL BANK NA | CALIFORNIA RECONVEYANCE COMPANY | NA |

The above was for the original loan in the amount of $775,000 made on MARCH 21, 2007 with a loan number of NA. The loan was securitized as loan number 761101451.

**Robert K. Ramers**
Certified Mortgage Securitization Auditor
Tel: 415-730-4514 email: ramers@ix.netcom.com

## SECTION 2: SECURITIZATION PARTICIPANTS:

| ORIGINATOR/LENDER | SPONSOR/SELLER | DEPOSITOR |
|---|---|---|
| WASHINGTON MUTUAL BANK NA | WASHINGTON MUTUAL BANK | WAMU ASSET ACCEPTANCE CORPORATION |
| **ISSUING ENTITY** | **TRUSTEE** | **MASTER SERVICER/ SERVICER** |
| WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY6 | LASALLE BANK NA | WASHINTON MUTUAL BANK |
| **CUSTODIAN** | **CUT – OFF DATE** | **CLOSING DATE** |
| LASALLE BANK NA | MAY 1, 2007 | ON OR ABOUT MAY 23, 2007 |

During the securitization process, the loan was sold from the Originator to the Sponsor/Seller, then from the Sponsor/Seller to the Depositor, then from the Depositor to the Trustee of the Trust. Each sale must be supported by a delivery and acceptance certificate from the receiving party, an endorsement of the Note and an assignment of the Deed of Trust. Only the Depositor is allowed to make the final transfer to the trust, and all transfers must be made as of the closing date to preserve the tax free status of the trust. Also, no loans in default may be placed into the trust. Once the Trust owns the note, only the Trustee of the trust has the right to foreclose, to appoint an agent to foreclose, to assign the Deed of Trust or to substitute a Trustee to foreclose.

*Exhibits 2 and 3 contain links to the full documents and excerpts from the Trust Agreement and the Pooling and Servicing Agreement that support the above statements and are relevant to this report.*

6

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514  email: ramers@ix.netcom.com

## SECTION 3: LEVEL 3 ANALYSIS

A Level 3 Analysis is a report of information obtained by using the Bloomberg special purpose software known as the Bloomberg Terminal. The **Bloomberg Terminal** is a computer system provided by Bloomberg L.P. that enables financial professionals to access the **Bloomberg Professional** service through which users can monitor and analyze real-time financial market data movements and place trades. The system also provides news, price quotes, and messaging across its proprietary secure network.

Use of the Bloomberg terminal makes it possible to enter the characteristics of a mortgage loan and identify the Trust into which it has been securitized and which Classes within the Trust contain a portion of the loan. In many cases, the loans that were placed in these trusts were "fractionalized" or broken into multiple parts and combined with other loans into Classes with varying credit risk profiles and maturities. Each of these classes was assigned a separate CUSIP number and sold as an individual security. Some of these securities may have been completely paid off through payments by the borrower, credit default swaps, mortgage insurance or government programs. The Bloomberg terminal allows us to identify which classes contain a portion of the subject loan.

### Trust Identification

Through research of the Securities and Exchange Commission database, the subject loan documents and the use of specialized software, we can identify the trust that is claiming ownership of the loan. We then use the Bloomberg Terminal verify that the subject loan is in a specific trust by matching the details of the loan with the information reported by the servicer of the loan to Bloomberg. The results are as follows, indicating that the loan payments are paying for securities in the groups shown in this report.

The following screens are based on the trust shown, since the loan characteristics in the subject Deed of Trust match those of the loan included in this trust.

**TRUST ON BLOOMBERG**

Payment history and status          Name of trust



7

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
**Tel: 415-730-4514  email: ramers@ix.netcom.com**

## DETAILS FOR SUBJECT LOAN



In addition to the above, the Excel files that are a separate part of this report will provide useful information in negotiating with lenders. The files show the details for both all active and all inactive loans in the trust. These details include what type of (and how many) modifications were offered for loans ,and, for the inactive loans, what the percentage and dollar loss was incurred by the lender when they liquidated the loans. This information will be useful in negotiating with the lender.

For the above trust, the figures are as follows:

| | |
|---|---|
| Active loans | 4106 |
| Inactive loans | 2331 |
| Average 12 month Loss % | 43% |

### Trust identification

The Trust agreements that created and govern the trust are the Prospectus, the Prospectus Supplement and the Pooling and Servicing Agreement. These documents are filed under oath with the Securities and Exchange Commission. The Trust documents can be accessed on the Bloomberg Terminal under Company Filings using the CF Screen Command. These documents can also be found through the Edgar database at www.sec.gov or www.secinfo.com. The following is from the first page of the prospectus for the subject loan.

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514  email: ramers@ix.netcom.com



**Investor Report**

The following screen shows the first page of the Investor Report that is filed by the Trust on a monthly basis. If the loan is in foreclosure, bankruptcy or being modified, it will often appear in the Remittance Report. If the loan is in this report, it is further proof that the loan is in the trust and shows the actual status of the loan from the perspective of the trust.

**WMMSC**
Series: WAMU 2007-HY6
Issue Date: 05/23/2007
Record Date: 07/31/2012
Distribution Date: 08/27/2012

| Summary Collateral Information | | |
|---|---|---|
| | Description | Issue Number |
| Group 1 | HYBRID ARM | 8109 |
| Group 2A2 | HYBRID ARM | 8110 |
| Group 2A3 | HYBRID ARM | 8111 |
| Group 2A4 | HYBRID ARM | 8112 |
| Group 3 | HYBRID ARM | 8113 |

**Trust Description Screens**

The following Bloomberg Terminal screens provide a description of the Trust and the Classes or Tranches within the Trust and can be accessed using the DES screen command. Each


Case5:13-cv-00636-PSG   Document36-1   Filed01/16/14   Page11 of 17


**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
**Tel: 415-730-4514  email: ramers@ix.netcom.com**

Class/Tranche is a separate security available for investment. The two screens below describe the details the trust.

DES page one shows the name of the trust, the issuer, the series, the trustee, original balance, payment dates and rates of return for the trust as a whole.



**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514 email: ramers@ix.netcom.com

[screen capture: WAMU 07 HY6]

[screen capture: Class: 1A1]

**Parties to the transaction**

The following screen shows the parties involved in the securitization.

11

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
**Tel: 415-730-4514  email: ramers@ix.netcom.com**



## Trust Classes/Tranches with CUSIPS

The Bloomberg Terminal shows all of the Classes/Tranches within the Trust.  Each of the Classes has a separate CUSIP number and each is a traded security.  The LFND screen command shows all of the classes and the original balance for each class. It also shows which of the classes have been paid off (gray color). Payments can be made in a number of ways, through credit default swaps, mortgage insurance or government programs, and normal waterfall payments as described in the Trust Prospectus.

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514 email: ramers@ix.netcom.com



The subject loan is shown to be in 1 of the above 30 classes, including 0 of the 22 paid off classes.

### Collateral performance report

This report shows the status of the collateral in the trust. It shows the percentage of loans that are delinquent, in foreclosure and in bankruptcy. It also shows the number of loans that have been granted modifications each month. This information might be useful in challenging the credibility of the servicer when they indicated that they would consider a loan modification, and also to see how much trouble the trust is in with respect to non-performing loans.

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514  email: ramers@ix.netcom.com

## Relatively few modifications given defaults



## Loss Severity

The **loss severity** screen shows the current percent loss on portfolio assets during the past month, past three months, six months and year.

14

**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
Tel: 415-730-4514  email: ramers@ix.netcom.com



**Structure paydown**
This screen shows graphically the number of classes that have been fully paid off.



**Robert K. Ramers**
**Certified Mortgage Securitization Auditor**
**Tel: 415-730-4514 email: ramers@ix.netcom.com**

**Collateral composition**
This screen shows the makeup of the collateral in the trust