UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENDRA and LANCE ANDERSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A. and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 5:13-cv-00636-PSG<br><br>**ORDER** |

　　　　The docket reflects that Defendant U.S. Bank, N.A. has filed an answer to Plaintiffs Kendra and Lance Anderson's second amended complaint. To assist the court in setting an amenable schedule, the parties are ordered to file an updated joint case management statement within seven days of this order.

**IT IS SO ORDERED.**

Dated: January 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Case No. 5:13-cv-00636-PSG
ORDER