PHILIP A. MCLEOD, CASB No. 101101
philip.mcleod@kyl.com
JESSICA LUHRS, CASB No. 284846
jessica.luhrs@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendants US BANK, N.A. and JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| KENDRA and LANCE ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST; JPMORGAN CHASE BANK, N.A.; Does 1-10 inclusive,<br><br>Defendants. | Case No. C-13-0636-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Date: March 11, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 5 - 4th Floor |

Pursuant to Federal Rule of Civil Procedure section 41(a)(1)(ii), Plaintiffs KENDRA and LANCE ANDERSON ("Plaintiffs"), on the one hand, and Defendants U.S. BANK, N.A. and JPMORGAN CHASE BANK, N.A. ("Defendants") (collectively, the "Parties") on the other hand, hereby stipulate that Plaintiffs' first cause of action for violations of California Civil Code section 2923.5 in their Second Amended Complaint shall be dismissed in its entirety with prejudice and without award of costs or attorney's fees to any party.

//

//

KYL_SF629586

//

IT IS SO STIPULATED.

DATED: February 20, 2014

/s/ Jessica Luhrs
PHILIP A. MCLEOD
JESSICA LUHRS
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
US BANK N.A. and JPMORGAN CHASE BANK N.A.

DATED: February 20, 2014

*Kendra Anderson* / *[signature]*
KENDRA and LANCE ANDERSON
Plaintiffs In Pro Per

- 2 -

KYL_SF629586

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - CASE NO. C-13-0636-PSG

# [PROPOSED] ORDER

It is hereby ordered that, pursuant to the Parties' Stipulation, Plaintiffs' first cause of action for violations of California Civil Code section 2923.5 in their Second Amended Complaint is dismissed in its entirety with prejudice and without award of costs or attorney's fees to any party.

IT IS SO ORDERED.

DATED: February 20, 2014

HONORABLE PAUL SINGH GREWAL
United States Magistrate Judge