1  PHILIP A. MCLEOD, CASB No. 101101
   JESSICA WOERSCHING, CASB No. 284846
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  450 Pacific Avenue
   San Francisco, California 94133
4  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
5
   Attorneys for Defendant
6  US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as
   Trustee as Successor by Merger to LaSalle Bank, National Association as Trustee for WAMU
7  MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST and JPMORGAN
   CHASE BANK, N.A.
8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12 | KENDRA and LANCE ANDERSON,            ) Case No. CV-13-0636-PSG
                                           )
13 |                         Plaintiffs,   ) STIPULATED NOTICE OF SETTLEMENT
                                           )
14 |          vs.                          )
                                           ) Pre-Trial Conf.: August 11, 2015
15 | 1) US BANK, N.A., as Trustee, Successor in )
     Interest to Bank of America, National  ) Trial: August 25, 2015
16 | Association, as Trustee as Successor by Merger )
     to LaSalle Bank, National Association as Trustee ) Place: Courtroom 5, 4th Floor
17 | for WAMU MORTGAGE PASS THROUGH       )
     CERTIFICATES SERIES 2007-HY6 TRUST; 2) )
18 | JPMORGAN CHASE BANK, N.A.; 3) Does 1- )
     10 inclusive,                         )
19 |                                       )
                            Defendants.    )
20

21              TO THE HONORABLE PAUL SINGH GREWAL, UNITED STATES
22 DISTRICT JUDGE:
23       PLEASE TAKE NOTICE THAT Plaintiffs KENDRA and LANCE ANDERSON
24 ("Plaintiffs") and Defendants US BANK, N.A., as Trustee, Successor in Interest to Bank of America,
25 National Association, as Trustee as Successor by Merger to LaSalle Bank, National Association as
26 Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST
27 and JPMORGAN CHASE BANK, N.A. ("Defendants") (collectively, the "Parties"), respectfully
28 submit this Notice of Settlement.

1. The Parties have reached a settlement resolving this matter in its entirety, and anticipate that the terms of the settlement agreement will be fulfilled within 60 days. Accordingly, the Court need only retain jurisdiction over the terms of the settlement, and the Parties respectfully request that the Court vacate all hearings and other events currently on calendar, including the Pretrial Conference scheduled for August 11, 2015 and the Trial scheduled for August 25, 2015.

Plaintiff shall file a Notice of Dismissal once the terms of the final settlement agreement have been fulfilled.

Respectfully submitted by,

DATED: March 3, 2015

*Jessica Woersching*

PHILIP A. MCLEOD
JESSICA WOERSCHING
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to LaSalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST and JPMORGAN CHASE BANK, N.A.

DATED: March 2, 2015

*Lance Anderson*

LANCE ANDERSON
Plaintiff in *Pro Per*

DATED: March 2, 2015

*Kendra Anderson*

KENDRA ANDERSON
Plaintiff in *Pro Per*