PHILIP A. MCLEOD, CASB No. 101101
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to LaSalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST and JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### AT SAN JOSE

| | |
|---|---|
| KENDRA and LANCE ANDERSON, | Case No. 5:13-cv-00636-PSG |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | |
| 1) US BANK, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank, National Association as Trustee for WAMU MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-HY6 TRUST; 2) JPMORGAN CHASE BANK N.A.; 3) Does 1-10 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action that pursuant to their settlement agreement, the above-captioned action be dismissed, and hereby is dismissed *with prejudice* pursuant to FRCivP41(a)(1) with each party to bear their own fees and costs.

DATED: April 17, 2015

*Kendra Anderson*
KENDRA ANDERSON
Plaintiff *In Pro Per*

DATED: April 17, 2015

*Lance Anderson*
LANCE ANDERSON
Plaintiff *In Pro Per*

```
 1
 2
 3   DATED: April 20, 2015            /s/ Philip McLeod
 4                                    PHILIP A. MCLEOD
                                      KEESAL, YOUNG & LOGAN
 5                                    Attorneys for Defendants
                                      US BANK, N.A., as Trustee, Successor in
 6                                    Interest to Bank of America, National
                                      Association, as Trustee as Successor by Merger to
 7                                    LaSalle Bank, National Association as Trustee for
                                      WAMU MORTGAGE PASS THROUGH
 8                                    CERTIFICATES SERIES 2007-HY6 TRUST
                                      and JPMORGAN CHASE BANK, N.A.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

- 2 -  KYL_SF676143

STIPULATION OF DISMISSAL  - Case No. 5:13-cv-00636-PSG

## PROOF OF SERVICE
### *Anderson v. US Bank, N.A., et al.*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On April 20, 2015, I served the foregoing documents described as **STIPULATION OF DISMISSAL** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

*Plaintiffs in Pro Se*

Kendra and Lance Anderson
2326 Antonelli Court
Santa Cruz, CA  95062
Email:  santacruzlance@gmail.com

☒  BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☐  I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒  I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on April 20, 2015 at San Francisco, California.

*M. Schilt*
_____
Maria Celina M. Schilt